No. 6710.—RODRÍGUEZ, apldo. v. LÓPEZ, etc., apltes.—C. D. San Juan. Marzo 12, 1935.

Examinados los autos y los alegatos, por los motivos consignados en la opinión emitida en el día de hoy para decidir el recurso Núm. 6709, *Rufino Rodríguez Domínguez, demandante y apelado, v. Carmen Sánchez Martínez y Rafael López Cepero, demandados y apelantes,* (ante, pág. 236) se declara sin lugar el recurso de apelación interpuesto y se confirma la sentencia recurrida que dictó la Corte de Distrito de San Juan en marzo 6, 1934.

No. 6152.—G. LLINÁS & Co., S. EN C., aplda. v. SUCN. MARIANI, etc., apltes.—C. D. Ponce. Cobro de dinero. Marzo 15, 1935.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Vista la moción de la parte demandante en este caso para que comuniquemos nuestra sentencia a la corte inferior, a la que no se han opuesto los demandados;

Apareciendo que admitida la apelación de los demandados para ante la Corte de Circuito de Apelaciones de los Estados Unidos, Primer Circuito, el 14 de diciembre de 1934 para ser presentada allí dentro de 60 días después de la citación y habiendo sido citada la demandante para ello, sin que a pesar del tiempo transcurrido hayan prestado los apelantes la fianza que les fué fijada para suspender la ejecución de nuestra sentencia, comuníquese nuestro fallo a la corte inferior para su cumplimiento.